UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

| IN RE:<br><br>Kevin Taing,<br>Debtor | Case No. 19-41485-CJP<br>Chapter 7 |
|---|---|

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

You are hereby given notice that Harmon Law Offices, P.C. appears for Specialized Loan Servicing LLC to represent its interests in this matter. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rule 2002 (g) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Respectfully submitted,
**Specialized Loan Servicing LLC**,
By its Attorney

/s/ Joseph Dolben
Joseph Dolben
BBO#  673113
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: August 19, 2021



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

IN RE:

Kevin Taing,
Debtor

Case No. 19-41485-CJP
Chapter 7

## CERTIFICATE OF SERVICE

I, Joseph Dolben, state that on August 19, 2021, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of **Specialized Loan Servicing LLC** using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Kate E. Nicholson
Joseph H. Baldiga
Richard King

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Kevin Taing
W113942 Boston Pre-Release Center
430 Canterbury St.
Roslindale, MA 02123

Respectfully submitted,
**Specialized Loan Servicing LLC**,
By its Attorney

/s/ Joseph Dolben
Joseph Dolben
BBO#  673113
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: August 19, 2021