

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  KEVIN TAING,   Debtor | Ch. 7  19-41485-CJP |

## Proceeding Memorandum and Order

**MATTER:**

Telephonic Hearing on #390 Motion of the Chapter 7 Trustee, Joseph H. Baldiga, to Further Extend Time to Object to Debtor's Discharge and #392 Limited Opposition of Debtor.

**Decision set forth more fully as follows:**

Upon consideration of the motion to extend (the "Motion") filed by the Chapter 7 trustee (the "Trustee") and the opposition thereto filed by the debtor Kevin Taing (the "Debtor") and the argument of counsel at the hearing held on August 19, 2021, for the reasons stated on the record, the Motion is granted as follows.

The deadline for the Trustee and the United States Trustee (the "UST") to object to the Debtor's discharge pursuant to 11 U.S.C. § 727 is extended to December 31, 2021. The deadline for any creditor and any other interested party to seek a determination of nondischargeability of any debt pursuant to 11 U.S.C. § 523 and/or to object to the Debtor's discharge pursuant to 11 U.S.C. § 727 is extended to October 19, 2021.

Creditors and any other interested parties should either file an appropriate complaint by the October 19, 2021 deadline or file their own motion to further extend the deadline before that date.

Debtor's counsel shall serve a copy of this Order on all creditors and parties in interest and shall file a certificate of service with the Court reflecting such service was made.

Dated: 8/20/2021

By the Court,

Christopher J. Panos
United States Bankruptcy Judge