# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>KEVIN TAING | CASE NO: 19-41485<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 8/24/2021, I did cause a copy of the following documents, described below,

Proceeding Memorandum and Order on Trustee's Motion to Extend Time to Object to Discharge

dluo@nicholsonpc.com

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/24/2021

/s/ Kate E. Nicholson
Kate E. Nicholson  674842
knicholson@nicholsonpc.com
Nicholson P.C.
21 Bishop Allen Dr.
Cambridge, MA  02139
857 600 0508

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| IN RE: | CASE NO: 19-41485 |
|---|---|
| KEVIN TAING | **CERTIFICATE OF SERVICE** |
|  | **DECLARATION OF MAILING** |
|  | Chapter: 7 |

On 8/24/2021, a copy of the following documents, described below,

Proceeding Memorandum and Order on Trustee's Motion to Extend Time to Object to Discharge

dluo@nicholsonpc.com

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/24/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kate E. Nicholson
Nicholson P.C.
21 Bishop Allen Dr.
Cambridge, MA  02139

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>01014<br>CASE 19-41485<br>DISTRICT OF MASSACHUSETTS<br>WORCESTER<br>MON AUG 23 16-02-51 EDT 2021 | TALLAGE DAVIS LLC<br>165 TREMONT ST<br>SUITE 305<br>BOSTON MA 02111-1153 | VERDOLINO  LOWEY PC<br>CO CRAIG R JALBERT CIRA<br>124 WASHINGTON STREET<br>FOXBORO MA 02035-1368 |
| WORCESTER<br>U S BANKRUPTCY COURT<br>595 MAIN STREET<br>WORCESTER MA 01608-2060 | ALLEY DOS<br>CO DANIEL J RUBEN ESQ<br>NORTHEAST JUSTICE CENTER<br>50 ISLAND ST STE 203B<br>LAWRENCE MA 01840-1869 | ALLEY DOS AND CHHERTH NORM<br>CO NORTHEAST JUSTICE CENTER<br>50 ISLAND ST STE 203B<br>LAWRENCE MA 01840-1869 |
| ALLEY DOS AND LUCAS NORM<br>CO DANIEL J RUBEN ESQ<br>NORTHEAST JUSTICE CENTER<br>50 ISLAND STREET STE 203B<br>LAWRENCE MA 01840-1869 | BAYVIEW LOAN SERVICING LLC<br>CUSTOMER SUPPORT DEPARTMENT<br>4425 PONCE DE LEON BLVD 5TH FLOOR<br>MIAMI FL 33146-1873 | BRIAN LIM<br>4 AMES PLACE<br>LOWELL MA 01851-1857 |
| BROCK  SCOTT PLLC<br>1080 MAIN STREET SUITE 200<br>PAWTUCKET RL 02860-4847 | BUNHUCH CHAN<br>34 WYMAN ST<br>LYNN MA 01905-1818 | CAPITAL ONE BANKLVNV FUNDING<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| CATHERINE CHAN<br>16 OAK RIDGE CIRCLE<br>LYNN MA 01904-1528 | CATHERINE CHAN<br>79 PERKINS ST<br>LYNN MA 01905-1140 | CHANTHA NOURM<br>11 RICHIE RD<br>ATTLEBORO MA 02703-6553 |
| CHANTHOUK ROS<br>1719 SMITH ST<br>LYNN MA 01902-2954 | CHENG UNG AND MENG UNG<br>37 CENTRAL ST<br>SAUGUS MA 01906-1209 | CHHOUM SEANG<br>21 MORRIS ST<br>LYNN MA 01905-3322 |
| CHRISTOPHER J SKALL ESQ<br>NORTHEAST JUSTICE CENTER<br>50 ISLAND STREET SUITE 203B<br>LAWRENCE MA 01840<br>RUON SUY VS KEVIN TAING 01840-1869 | CITY OF LOWELL<br>375 MERRIMACK ST<br>CITY TREASURER<br>LOWELL MA 01852-5998 | CREDIT COLLECTION SERVICES<br>725 CANTON ST<br>NORWOOD MA 02062-2679 |
| CREDIT ONE BANK<br>PO BOX 98875<br>LAS VEGAS NV 89193-8875 | CREDIT ONE BANKLVNV FUNDING<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | CYNTHIA MARIA CHY AND SAMUEL CHY<br>CO NORTHEAST JUSTICE CENTER<br>50 ISLAND ST STE 203B<br>LAWRENCE MA 01840-1869 |
| CYTHINA MARIA CHY AND SAMUEL CHY<br>CO DANIEL J RUBEN ESQ<br>NORTHEAST JUSTICE CENTER<br>50 ISLAND ST STE 203B<br>LAWRENCE MA 01840-1869 | DANIEL J RUBEN ESQ<br>NORTHEAST JUSTICE CENTER<br>50 INLAND STREET SUITE 203B<br>LAWRENCE MA 01840<br>SAMUEL CHY VS BATTAMBANG LLC 01840-1869 | DAVID M NICKLESS TRUSTEE<br>625 MAIN STREET<br>FITCHBURG MA 01420-3496 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DAVID SOK<br>807 WESTERN AVE<br>LYNN MA 01905-2320 | DIGITAL FEDERAL CREDIT UNION<br>220 DONALD LYNCH BLVD<br>MARLBOROUGH MA 01752-4708 | DINE CHAU<br>58 AUTUMN STREET LYNN MA 01902 |
| DINE CHAU<br>CO NORTHEAST JUSTICE CENTER<br>50 ISLAND ST STE 203B<br>LAWRENCE MA 01840-1869 | ESTATE OF SINEN NOUN<br>SOLIDA KIM<br>CO WENDY DELANEY ESQ<br>43 MACLARNON RD<br>SALEM NH 03079-3752 | ETHAN R HOROWITZ<br>NORTHEAST JUSTICE CENTER<br>50 ISLAND STREET SUITE 203B<br>LAWRENCE MA 01840-1869 |
| FSB BLAZE<br>5501 S BROADBAND LANE<br>SIOUX FALLS SD 57108-2253 | FSB BLAZE<br>PO BOX 5096<br>SIOUX FALLS SD 57117-5096 | FIRST NATIONAL BANK<br>500 E 60TH ST N<br>SIOUX FALLS SD 57104-0478 |
| FIRST NATIONAL BANK OF OMAHA<br>PO BOX 3128<br>OMAHA NE 68103-0128 | FIRST PREMIER BANK<br>601 SOUTH MINNESOTA AVE<br>SIOUX FALLS SD 57104-4868 | FIRST PREMIER BANK<br>PO BOX 5529<br>SIOUX FALLS SD 57117-5529 |
| GREGORY D OBERHAUSER ESQ<br>6 COURTHOUSE LANE<br>UNIT 5<br>CHELMSFORD MA 01824-1725 | HANNON LAW OFFICES PC<br>150 CALIFORNIA STREET<br>NEWTON MA 02458<br>BAYVIEW LOAN SERVICING LLC 02458-1068 | HAP NORM AKA SONY NORM AKA DIANE NOR<br>24 CLAIRMONT TERRACE<br>LYNN MA 01904-1936 |
| HARMON LAW OFFICES PC<br>150 CALIFORNIA STREET<br>NEWTON MA 02458<br>NATIONSTAR MORTGAGE DBA MR COOPER 02458<br>-1068 | HERBERT WEINBERG<br>805 TURNPIKE ST<br>NORTH ANDOVER MA 01845-6122 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JEFFREY BENJAMIN ESQ<br>5 PENNSYLVANIA PLAZA 23RD FLOOR<br>NEW YORK NY 10001 | JIM SOK<br>78 OAKSIDE AVENUE<br>METHUEN MA 01844-4527 | JIM SOK<br>CO NORTHEAST JUSTICE CENTER<br>50 ISLAND ST STE 203B<br>LAWRENCE MA 01840-1869 |
| JOHN D FINNEGAN ESQ<br>HILL LAW<br>6 BEACON STREET SUITE 600<br>BOSTON MA 02108-3829 | JOHNNY IM<br>9 GLIDDEN AVE<br>LOWELL MA 01851-1201 | KEITH SOR<br>15 LEVERETT ST<br>LOWELL MA 01851-3315 |
| KIM THONG AKA KIMSUOR THORNG<br>93 DAVENPORT ST<br>CHICOPEE MA 01013-2810 | KIMBALL TIREY ST JOHN<br>7676 HAZARD CENTER DR SUITE 900<br>SAN DIEGO CA 92108-4515 | KIMBERLY LIM<br>506 WESTERN AVE<br>LYNN MA 01904-3314 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECEIPT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


KORDE  ASSOCIATES P C                    KUNTHY SAM                               LVNV FUNDING
900 CHELMSFORD STREET SUITE 3102         46 UPHAM ST                              PO BOX 1269
LOWELL MA 01851-8100                     LOWELL MA 01851-4911                     GREENVILLE SC 29602-1269




LVNV FUNDING LLC                         LING SOK                                 LYNN CITY HALL
RESURGENT CAPITAL SERVICES               14 CORNER ST                             3 CITY HALL SQUARE
PO BOX 10587                             LOWELL MA 01851-3706                     LYNN MA 01901-1019
GREENVILLE SC 29603-0587




MALAY PEN AND RUON SUY                   MALEN PIN                                MASSACHUSETTS DEPARTMENT OF REVENUE
CO NORTHEAST JUSTICE CENTER              805 WESTFORD ST                          BANKRUPTCY UNIT
50 ISLAND ST STE 203B                    LOWELL MA 01851-2910                     PO BOX 9564
LAWRENCE MA 01840-1869                                                            BOSTON MA 02114-9564




MAURICE P MASON JR ESQ                   MICHAEL J SPLAINE                        MIDDLESEX COMMUNITY COLLEGE
14 7 E MERRIMACK STREET SUITE 101        221 ESSEX ST FL 3                        591 SPRINGS ROAD
LOWELL MA 01852                          SALEM MA 01970-3776                      BEDFORD MA 01730-1197
SAODY OUCH VS KEVIN TAING 01852-1208




MINDY C CHUON                            MOURM NOURM                              MOURM NOURM
101 5TH AVE                              11 RICHIE RD ATTLEBORO MA 02703          CO NORTHEAST JUSTICE CENTER
LOWELL MA 01854-2333                                                              50 ISLAND ST STE 203B
                                                                                  LAWRENCE MA 01840-1869




MR COOPER                                NATALIE SOKHOM                           NATIONAL GRID
ATTN CUSTOMER RELATIONSBANKRUPTCY        205 CROSS ST                             PO BOX 11735
PO BOX 619098                            LOWELL MA 01854-3319                     NEWARK NJ 07101-4735
DALLAS TX 75261-9098




NATIONAL GRID ELECTRIC                   NATIONAL GRID GAS                        NATIONAL RECOVERY AGENCY
PO BOX 11735                             PO BOX 11735                             2491 PAXTON ST
NEWARK NJ 07101-4735                     NEWARK NJ 07101-4735                     HARRISBURG PA 17111-1036




OBERHAUSER LAW OFFICE PC                 ORLANS PC                                PETER JOSEPH NICOSIA
6 COURTHOUSE LANE UNIT 6                 PO BOX 540540                            NICOSIA  ASSOCIATES PC
CHELMSFORD MA 01824-1725                 WALTHAM MA 02454-0540                    259 MIDDLESEX RD
                                                                                  PO BOX 721
                                                                                  TYNGSBORO MA 01879-0721




PETER LIM                                PHALLA MEAS                              PHILIP MUTH
506 WESTERN AVE                          643 SCHOOL ST                            185 HAMPSHIRE ST
LYNN MA 01904-3314                       LOWELL MA 01851-3701                     METHUEN MA 01844-2032
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SAMANTHA HAENG<br>78 FORT HILL AVE<br>LOWELL MA 01852-2709 | SAMUEL CHY<br>CO NORTHEAST JUSTICE CENTER<br>50 ISLAND ST STE 203B<br>LAWRENCE MA 01840-1869 | SAODY OUCH<br>27 QUEEN ST<br>LOWELL MA 01851-1815 |
| SAODY OUCH<br>CO MAURICE P MASON JR<br>147 E MERRIMACK ST STE 101<br>LOWELL MA 01852-1208 | SARAH KHOK<br>324 ESSEX ST<br>LYNN MA 01902-2353 | SARAT BUNTHORN<br>125 BELLEVUE ST<br>LOWELL MA 01851-3203 |
| SARETH AND VANDA CHAU<br>17 WHITTING ST<br>LYNN MA 01902-4208 | SEAK SAM<br>205 CROSS ST<br>LOWELL MA 01854-3319 | SELENE FINANCE LP<br>RAS CRANE LLC<br>10700 ABBOTTS BRIDGE ROAD SUITE 170<br>DULUTH GA 30097-8461 |
| SOKHOM KEP<br>205 CROSS ST<br>LOWELL MA 01854-3319 | SOKHOM PING<br>93 DAVENPORT ST<br>CHICOPEE MA 01013-2810 | SOPHANNY PHAL<br>41 VIOLA STREET<br>LOWELL MA 01851-4922 |
| T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | TALLAGE DAVIS LLC<br>CO JOHN D FINNEGAN ESQ<br>HILL LAW<br>6 BEACON ST STE 600<br>BOSTON MA 02108-3829 | US BANK NA AS TRUSTEE<br>CO MARCUS PRATT<br>KORDE AND ASSOCIATES<br>900 CHELMSFORD ST STE 3102<br>LOWELL MA 01851-8100 |
| US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US BANK TRUST NA AS TRUSTEE<br>CO JASON J GIGUERE ESQ<br>ORLANS PC<br>PO BOX 540540<br>WALTHAM MA 02454-0540 | US TRUSTEE<br>446 MAIN STREET SUITE 14<br>WORCESTER MA 01608-2361 |
| VANCHAN TOK<br>205 CROSS ST<br>LOWELL MA 01854-3319 | VANNARA KEOSAN<br>185 HAMPSHIRE ST<br>METHUEN MA 01844-2032 | VUCH H TANG AND DEAN ORN POP<br>11 HOWARD ST<br>LYNN MA 01902-5072 |
| WILLIAM THI<br>218 WEBSTER AVENUE<br>CHELSEA MA 02150-3718 | WILLIAM THI<br>218 WEBSTER ST<br>CHELSEA MA 02150-3718 | WILLIAM THI<br>CO NORTHEAST JUSTICE CENTER<br>50 ISLAND ST STE 203B<br>LAWRENCE MA 01840-1869 |
| WILMINGTON SAVINGS FUND SOCIETY<br>ROBERTSON ANSCHUTZ SCHNIED CRANE LLC<br>10700 ABBOTTS BRIDGE ROAD SUITE 170<br>DULUTH GA 30097-8461 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>DBA CHRISTIANA TRUST AS TRUSTEE<br>500 DELAWARE AVE 11TH FLOOR<br>WILMINGTON DE 19801-1490 | ALLEY DOS<br>46 PACIFIC STREET<br>LYNN MA 01902-1104 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CHHERTH NORM                     CYTHINA CHY                      DAVID M NICKLESS
49 PACIFIC STREET                451 CHATHAM STREET               NICKLESS PHILLIPS AND OCONNOR P
LYNN MA 01902                    LYNN MA 01902-2117               625 MAIN STREET
                                                                  FITCHBURG MA 01420-3496


DINE CHAU                        JOSEPH H BALDIGA                 JOSHUA PAKSTIS
58 AUTUMN STREET APT 2           MIRICK OCONNELL DEMALLIE  LOUGE  ASSISTANT ATTORNEY GENERAL
LYNN MA 01902-2431               1800 WEST PARK DRIVE             ONE ASHBURTON PLACE
                                 SUITE 400                        BOSTON MA 02108-1598
                                 WESTBOROUGH MA 01581-3960


                                 DEBTOR
KATE E NICHOLSON                 KEVIN TAING                      MALAY PEN
NICHOLSON PC                     W113942                          39 SCHAFFER STREET
21 BISHOP ALLEN DR               BOSTON PRE-RELEASE CENTER        LOWELL MA 01854-3113
CAMBRIDGE MA 02139-3524          430 CANTERBURY ST
                                 ROSLINDALE MA 02131-3216


PEGGY PRATT CALLE                RICHARD KING                     SAMUEL CHY
PRATT PROPERTIES                 OFFICE OF US TRUSTEE             451 CHATHAM STREET
CENTURY 21 NORTH EAST            446 MAIN STREET                  LYNN MA 01902-2117
161 PLEASANT STREET              14TH FLOOR
REVERE MA 02151                  WORCESTER MA 01608-2361
```

ADDRESSES WHICH ARE EMAIL-ADDRESSES BELOW WERE SERVED VIA THE E-SERVICE OPTION OF THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

Lauren A. Solar
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

las@bostonbusinesslaw.com

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Sercured Creditor
10700 Abbott's Bridge Rd.
Suite 170
Duluth, GA 30097

(Creditor)
Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-4TT
represented by:
Jason Giguere
Orlans PC
PO Box 540540
Waltham, MA 02454

bankruptcyNE@orlans.com

(Accountant)
Verdolino & Lowey, P.C.
c/o Craig R. Jalbert, CIRA
124 Washington Street
Foxboro, MA 02035

(Creditor)
U.S. Bank, National Association, As Successor Trustee to Bank of America, N.A., as Successor to LaSalle Bank, NA., as Trustee for The Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan As
represented by:
Marcus Pratt
Korde & Associates, P.C.
900 Chelmsford Street
Suite 3102
Lowell, MA 01851

bankruptcy@KORDEASSOC.COM

(Creditor)
U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust
represented by:
Jason Giguere
Orlans PC
PO Box 540540
Waltham, MA 02454

bankruptcyNE@orlans.com

(Creditor)
U.S. Bank National Association, as Trustee Relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-2
represented by:
Marcus Pratt
Korde & Associates, P.C.
900 Chelmsford Street
Suite 3102
Lowell, MA 01851

bankruptcy@KORDEASSOC.COM

(Creditor)
Tallage Davis, LLC
165 Tremont St.
Suite 305
Boston, MA 02111-1153
represented by:
John D. Finnegan
Hill Law
43 Thorndike Street
Cambridge, MA 02141

jfinnegan@danhilllaw.com

(Debtor)
Kevin Taing
W113942
Boston Pre-Release Center
430 Canterbury St.
Roslindale, MA 02123
represented by:
Kate E. Nicholson
Nicholson P.C.
21 Bishop Allen Dr.
Cambridge, MA 02139

knicholson@nicholsonpc.com

(Creditor)
Specialized Loan Servicing LLC
represented by:
Joseph Dolben
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458

mabk@harmonlaw.com

Jason Giguere
Orlans PC
PO Box 540540
Waltham, MA 02454

bankruptcyNE@orlans.com

Joshua A. Burnett
Braucher & Amann, PLLC
764 Chestnut Street
Manchester, NH 03104

jburnett@ba-lawgroup.com

ADDRESSES WHERE PAPER FORMAT DOCUMENTS WERE SERVED VIA FIRST-CLASS MAIL OR E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| | | |
|---|---|---|
| (Creditor)<br>Selene Finance LP<br>represented by:<br>William J. Amann<br>Braucher & Amann, PLLC<br>764 Chestnut Street<br>Manchester, NH 03104<br><br>wamann@ba-lawgroup.com | Peggy Pratt Calle<br>Pratt Properties<br>Century 21 North East<br>161 Pleasant Street<br>Revere, MA 02151<br>(Broker) | Louisa Gibbs<br>Northeast Justice Center<br>50 Island Street<br>Suite 203B<br>Lawrence, MA 01840<br><br>lgibbs@njc-ma.org |
| Daniel J. Ruben<br>Northeast Justice Center<br>50 Island Street<br>Suite 203B<br>Lawrence, MA 01840<br><br>druben@njc-ma.org | (Creditor)<br>Malay Pen<br>39 Schaffer Street<br>Lowell, MA 01854<br>represented by:<br>Brian O'Donnell<br>Northeast Justice Center<br>50 Island Street<br>Suite 203B<br>Lawrence, MA 01840<br><br>bodonnell@njc-ma.org | (Trustee)<br>Denise M. Pappalardo<br>P. O. Box 16607<br>Worcester, MA 01601<br><br>denisepappalardo@ch13worc.com |
| (Special Counsel)<br>Joshua Pakstis<br>Assistant Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br><br>joshua.pakstis@mass.gov | Louisa Gibbs<br>Northeast Justice Center<br>50 Island Street<br>Suite 203B<br>Lawrence, MA 01840<br><br>lgibbs@njc-ma.org | Daniel J. Ruben<br>Northeast Justice Center<br>50 Island Street<br>Suite 203B<br>Lawrence, MA 01840<br><br>druben@njc-ma.org |
| (Creditor)<br>Chherth Norm<br>49 Pacific Street<br>Lynn, MA 01902<br>represented by:<br>Brian O'Donnell<br>Northeast Justice Center<br>50 Island Street<br>Suite 203B<br>Lawrence, MA 01840<br><br>bodonnell@njc-ma.org | (Creditor)<br>David M Nickless<br>Nickless, Phillips and O'Connor, P.C.<br>625 Main Street<br>Fitchburg, MA 01420<br>represented by:<br>David M. Nickless<br>Nickless, Phillips and O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br><br>dnickless@npolegal.com | Joshua A. Burnett<br>Braucher & Amann, PLLC<br>764 Chestnut Street<br>Manchester, NH 03104<br><br>jburnett@ba-lawgroup.com |

ADDRESSES WHERE NO EMAIL ADDRESS WAS PROVIDED ABOVE, E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Creditor)
NewRez LLC d/b/a Shellpoint Mortgage Servicing
represented by:
William J. Amann
Braucher & Amann, PLLC
764 Chestnut Street
Manchester, NH 03104

wamann@ba-lawgroup.com

Richard King
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
(Assistant U.S. Trustee)

USTPRegion01.WO.ECF@USDOJ.GOV

Louisa Gibbs
Northeast Justice Center
50 Island Street
Suite 203B
Lawrence, MA 01840

lgibbs@njc-ma.org

ADDRESSES WHICH ARE LIMITED TO RESIDENTS WERE SERVED VIA THE E-SERVICE LIST OF THE UNITED STATES BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| | | |
|---|---|---|
| Daniel J. Ruben<br>Northeast Justice Center<br>50 Island Street<br>Suite 203B<br>Lawrence, MA 01840<br><br>druben@njc-ma.org | (Creditor)<br>Alley Dos<br>46 Pacific Street<br>Lynn, MA 01902<br>represented by:<br>Brian O'Donnell<br>Northeast Justice Center<br>50 Island Street<br>Suite 203B<br>Lawrence, MA 01840<br><br>bodonnell@njc-ma.org | Louisa Gibbs<br>Northeast Justice Center<br>50 Island Street<br>Suite 203B<br>Lawrence, MA 01840<br><br>lgibbs@njc-ma.org |
| Daniel J. Ruben<br>Northeast Justice Center<br>50 Island Street<br>Suite 203B<br>Lawrence, MA 01840<br><br>druben@njc-ma.org | Brian O'Donnell<br>Northeast Justice Center<br>50 Island Street<br>Suite 203B<br>Lawrence, MA 01840<br><br>bodonnell@njc-ma.org | (Creditor)<br>Samuel Chy<br>451 Chatham Street<br>Lynn, MA 01902<br>represented by:<br>Ethan Horowitz<br>50 Island Street<br>Ste. 203B<br>Lawrence, MA 01840<br><br>ehorowitz@njc-ma.org |
| Louisa Gibbs<br>Northeast Justice Center<br>50 Island Street<br>Suite 203B<br>Lawrence, MA 01840<br><br>lgibbs@njc-ma.org | Daniel J. Ruben<br>Northeast Justice Center<br>50 Island Street<br>Suite 203B<br>Lawrence, MA 01840<br><br>druben@njc-ma.org | Brian O'Donnell<br>Northeast Justice Center<br>50 Island Street<br>Suite 203B<br>Lawrence, MA 01840<br><br>bodonnell@njc-ma.org |
| (Creditor)<br>Cythina Chy<br>451 Chatham Street<br>Lynn, MA 01902<br>represented by:<br>Ethan Horowitz<br>50 Island Street<br>Ste. 203B<br>Lawrence, MA 01840<br><br>ehorowitz@njc-ma.org | Louisa Gibbs<br>Northeast Justice Center<br>50 Island Street<br>Suite 203B<br>Lawrence, MA 01840<br><br>lgibbs@njc-ma.org | Daniel J. Ruben<br>Northeast Justice Center<br>50 Island Street<br>Suite 203B<br>Lawrence, MA 01840<br><br>druben@njc-ma.org |

ADDRESSES WHERE NO EMAIL ADDRESS IS SHOWN WERE SERVED VIA FIRST CLASS E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Creditor)
Dine Chau
58 Autumn Street, Apt. 2
Lynn, MA 01902-2431
represented by:
Brian O'Donnell
Northeast Justice Center
50 Island Street
Suite 203B
Lawrence, MA 01840

bodonnell@njc-ma.org

(Trustee)
John Boyajian
400 Westminster Street
Box 12
Providence, RI 02903

john@bhrlaw.com

Richard T. Mulligan
Bendett and McHugh, PC
23 Messenger Street Second Floor
Plainville, MA 02762

BKECF@bmpc-law.com

Zoh Nizami
Harmon Law Offices, PC
PO Box 610389
Newton Highlands, MA 02461-0345

mabk@harmonlaw.com

(Creditor)
Bayview Loan Servicing, LLC
represented by:
Andrew S. Harmon
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461

mabk@harmonlaw.com

Daniel J. Ruben
Northeast Justice Center
50 Island Street
Suite 203B
Lawrence, MA 01840

druben@njc-ma.org

Kate P. Foley
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Ste 400
Westborough, MA 01581

kfoley@mirickoconnell.com

Lindsay Custer
Northeast Justice Center
50 Island Street
Suite 203B
Lawrence, MA 01840

lkcuster@njc-ma.org

(Trustee)
Joseph H. Baldiga
Mirick, O'Connell, DeMallie & Lougee
1800 West Park Drive
Suite 400
Westborough, MA 01581-3926
represented by:
Joseph H. Baldiga
MIRICK, O'CONNELL, DeMALLIE, LOUGEE
1800 West Park Drive, Suite 400
Westborough, MA 01581

jbaldiga@mirickoconnell.com